…

# U.S. District Court Eastern District of Kentucky

# *Civil Case Assignment*

Case number **6:14-CV-57**

Assigned : Judge Danny Reeves
Judge Code : 4314

Assigned on 03/10/2014

[ Request New Judge ] …..