UNITED STATES DEPARTMENT OF AGRICULTURE
RURAL DEVELOPMENT

AFFIDAVIT OF PROOF STATEMENT OF ACCOUNT AS TO:

Borrower's Name(s):      CHRISTINA L TRUMP
RD Loan Number(s):

**STATE OF MISSOURI**
**COUNTY OF ST LOUIS**

Personally appeared before me the undersigned authority, William Lambert, Foreclosure Representative, Rural Development (RD) who upon oath deposes and says that he is an employee of the United States Department of Agriculture, an agency of the United States of America, and further states as follows:

1. That affiant is the RD Officer charged with legal custody of the accelerated RD loan file.

2. That affiant has personally reviewed CHRISTINA L TRUMP borrower Rural Development's accelerated RD loan account and file, and according to the records maintained and kept in this office, the borrower(s) as of **August 15, 2013**, owe(s) the unpaid balance of **$73,787.96** which includes principal, interest accrued to date and other pending fees and charges to the account as provided by the loan instruments and applicable law. Interest continues to accrue at the rate of **$9.5036** per day as provided by the loan instruments. The payment is due the 4th of every month and is currently delinquent for **March 4, 2012 through August 15, 2013.**

3. The account is delinquent as of **August 15, 2013** in the amount of **$10,543.66.**

Breakdown of the unpaid balance:

| | |
|---|---|
| Loan Number | |
| Principal Balance | $ 64,535.99 |
| Interest | $ 5,303.00 |
| Total Subsidy Granted | $ 1,482.52 |
| Escrow | $ |
| Late Charges | $ 58.44 |
| Fees Assessed | $ 2,408.01 |
| Appraisal Costs | $ |
| Escrow Credits | $ |
| **TOTAL** | $ **73,787.96** |

Affiant has personal knowledge of the above-stated facts, is competent to testify to same, and declares that the foregoing is true and correct.

_____
William Lambert
Foreclosure Representative
St. Louis, MO
Rural Development
United States Department of Agriculture

Sworn to and subscribed before me this **15th** day of August 2013.

_____
Notary Public for Missouri
My commission Expires:

DORIS MAYFIELD
Notary Public-Notary Seal
State of Missouri, St Louis County
Commission # 12569720
My Commission Expires Jun 5, 2016

EXHIBIT D